AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT

### for the
### Central District of California

ORIGINAL

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.   2:18-MJ-03082 |
| PREMIER MAILING, INC., 14522, 14524, and 14526 GARFIELD AVENUE, PARAMOUNT CALIFORNIA 90723 | ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before ___14 days from the date of its issuance___
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11/20/2018 Noon     *John E. McDermott*
                                                                    *Judge's signature*

City and state:   Los Angeles, California     Honorable John E. McDermott, U.S. Magistrate Judge
                                                              *Printed name and title*

AUSA: Andrew Brown, 11th Floor, x0102

Case 2:18-mj-03082-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 11/20/18   Page 2 of 51
Page ID #:52

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:18-MJ-03082 | Date and time warrant executed:<br>11/28/18    7:00 AM | Copy of warrant and inventory left with:<br>on table at facility searched |
| Inventory made in the presence of : Mark Trachtenberg , Postal Inspector | | |
| Inventory of the property taken and name of any person(s) seized:<br>[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.] | | |

Please see the attached 20 page Search Warrant Inventory Report for Case Number 2382588-RI.

Certification  (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date:  12/3/18

_____
Executing officer's signature

Mark Trachtenberg , Postal Inspector
Printed name and title



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: | **11/28/2018** | |
| IS0001428464 | Deposits into permit records | Room L |
| IS0001428465 | Envelope labeled - deposit into permit. box of meter tapes | Room L |
| IS0001428466 | job orders | Room L |
| IS0001428467 | Job orders | Room L |
| IS0001428468 | Job orders | |
| IS0001428476 | Scale | Room K |
| IS0001428477 | Postage meter | Room K |
| IS0001428478 | Job orders | Room O - Warehouse |
| IS0001428479 | Job orders | Room O - Warehouse |
| IS0001428480 | job orders | |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: | **11/28/2018** | |
| IS0001428481 | Job orders | Room O - Warehouse |
| IS0001428482 | Job orders | Room O - Warehouse |
| IS0001428483 | job orders | |
| IS0001428484 | job orders | |
| IS0001428485 | job orders | |
| IS0001428486 | Job orders | Room O - Warehouse |
| IS0001428487 | Job orders | Room O - Warehouse |
| IS0001428488 | Job orders | Room O - Warehouse |
| IS0001428489 | Job orders | Room O - Warehouse |
| IS0001428490 | Job orders | Room O - Warehouse |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

<u>Restricted Information</u>

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: | **11/28/2018** | |
| IS0001428491 | Job orders | Room O - Warehouse |
| IS0001428493 | Job orders | Room O - Warehouse |
| IS0001428494 | Job orders | Room O - Warehouse |
| IS0001428495 | Job orders | Room O - Warehouse |
| IS0001428496 | Job orders | Room O - Warehouse |
| IS0001428497 | Job orders | Room O - Warehouse |
| IS0001428498 | Job orders | Room O - Warehouse |
| IS0001428499 | Job orders | Room O - Warehouse |
| IS0001428500 | Job orders | Room O - Warehouse |
| IS0001428501 | Job orders | Room O - Warehouse |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: | **11/28/2018** | |
| IS0001428502 | Job orders | Room O - Warehouse |
| IS0001428503 | Job orders | Room O - Warehouse |
| IS0001428504 | Job orders | Room O - Warehouse |
| IS0001428505 | Job orders | Room O - Warehouse |
| IS0001428506 | Job orders | Room O - Warehouse |
| IS0001428507 | Job orders | Room O - Warehouse |
| IS0001428508 | Job orders | Room O - Warehouse |
| IS0001428509 | Job orders | Room O - Warehouse |
| IS0001428510 | Job orders | Room O - Warehouse |
| IS0001428511 | Job orders | Room O - Warehouse |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: | **11/28/2018** | |
| IS0001428512 | Job orders | Room O - Warehouse |
| IS0001428513 | Job orders | Room O - Warehouse |
| IS0001428514 | Job orders | Room O - Warehouse |
| IS0001428515 | Job orders | Room O - Warehouse |
| IS0001428516 | Job orders | Room O - Warehouse |
| IS0001428517 | Job orders | Room O - Warehouse |
| IS0001428518 | Job orders | Room O - Warehouse |
| IS0001428519 | Job orders | Room O - Warehouse |
| IS0001428520 | Job orders | Room O - Warehouse |
| IS0001428521 | Job orders | Room O - Warehouse |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: | **11/28/2018** | |
| IS0001428522 | Job orders | Room O - Warehouse |
| IS0001428523 | Job orders | Room O - Warehouse |
| IS0001428524 | Job orders | Room O - Warehouse |
| IS0001428525 | Job orders | Room O - Warehouse |
| IS0001428526 | Job orders | Room O - Warehouse |
| IS0001428527 | Job orders | Room O - Warehouse |
| IS0001428528 | Job orders | Room O - Warehouse |
| IS0001428529 | Job orders | Room O - Warehouse |
| IS0001428530 | Job orders | Room O - Warehouse |
| IS0001428531 | Job orders | Room O - Warehouse |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: | **11/28/2018** | |
| IS0001428532 | Job orders | Room O - Warehouse |
| IS0001428533 | Job orders | Room O - Warehouse |
| IS0001428534 | Job orders | Room O - Warehouse |
| IS0001428535 | Job orders | Room O - Warehouse |
| IS0001428536 | Job orders | Room O - Warehouse |
| IS0001428537 | Job orders | Room O - Warehouse |
| IS0001428538 | Job orders | Room O - Warehouse |
| IS0001428539 | Job orders | Room O - Warehouse |
| IS0001428540 | Job orders | Room O - Warehouse |
| IS0001428541 | Job orders | Room O - Warehouse |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

<u>Restricted Information</u>

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case 2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: **11/28/2018** | | |
| IS0001428542 | Job orders | Room O - Warehouse |
| IS0001428543 | Job orders | Room O - Warehouse |
| IS0001428544 | Job orders | Room O - Warehouse |
| IS0001428545 | Job orders | Room O - Warehouse |
| IS0001428546 | Job orders | Room O - Warehouse |
| IS0001428547 | Job orders | Room O - Warehouse |
| IS0001428548 | Job orders | Room O - Warehouse |
| IS0001428549 | Job orders | Room O - Warehouse |
| IS0001428550 | Job orders | Room O - Warehouse |
| IS0001428551 | Job orders | Room O - Warehouse |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| **Acquisition Date:** **11/28/2018** | | |
| IS0001428552 | Job orders | Room O - Warehouse |
| IS0001428553 | Job orders | Room O - Warehouse |
| IS0001428554 | Job orders | Room O - Warehouse |
| IS0001428555 | Job orders | Room O - Warehouse |
| IS0001428556 | Job orders | Room O - Warehouse |
| IS0001428557 | Job orders | Room O - Warehouse |
| IS0001428558 | Job orders | Room O - Warehouse |
| IS0001428559 | Job orders | Room O - Warehouse |
| IS0001428560 | Job orders and sample mailings | Room N |
| IS0001428561 | Job orders | Room O - Warehouse |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date:  **11/28/2018** | | |
| IS0001428562 | Job orders | Room O - Warehouse |
| IS0001428563 | Job orders | Room O - Warehouse |
| IS0001428564 | Job orders | Room O - Warehouse |
| IS0001428565 | Job orders | Room O - Warehouse |
| IS0001428566 | Job orders | Room O - Warehouse |
| IS0001428567 | job orders | |
| IS0001428568 | job orders / ledger books | Room C |
| IS0001428569 | postage statements copies of checks invoices job orders | |
| IS0001428570 | job files, usps postage statements | Room E |
| IS0001428571 | mailing samples | Room E |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: **11/28/2018** | | |
| IS0001428572 | Invoices, estimates job orders, postage statements | |
| IS0001428573 | Change order forms | Room O - Warehouse |
| IS0001428574 | Job order forms and sample mailings | Room O - Warehouse |
| IS0001428575 | Job order forms | Room O - Warehouse |
| IS0001428576 | Job order forms | Room O - Warehouse |
| IS0001428577 | Tax records/bank records /invoices / corp records | |
| IS0001428578 | bank deposit records, payroll records | |
| IS0001428579 | job orders | Room I |
| IS0001428580 | USPS apt confirmations; job orders / memos | Rooms L and H |
| IS0001428581 | Financial docs / job orders / schedules / invoices | Room O - Warehouse |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

<u>Restricted Information</u>

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: | **11/28/2018** | |
| IS0001428582 | job orders and production schedules | |
| IS0001428583 | customer invoices | |
| IS0001428584 | mailing samples | Room E |
| IS0001428585 | Job orders, invoices, estimates | Room E |
| IS0001428586 | samples | Room E |
| IS0001428587 | mailing samples | Room E |
| IS0001428588 | job orders and invoices | Room E |
| IS0001428589 | job files | Room G |
| IS0001428590 | samples | Room E |
| IS0001428591 | Tax records / misc. docs / user name passwords | Room M |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date:   **11/28/2018** | | |
| IS0001428592 | Bank records / invoices | Room M |
| IS0001428593 | Invoices / job orders /postal forms | Room M |
| IS0001428594 | File jackets | Room E |
| IS0001428595 | job jackets | Room E |
| IS0001428596 | samples, timecards, jobNumbers | Room W |
| IS0001428597 | postage documents / job orders | Room W |
| IS0001428598 | Job orders /bank statements / sales orders | Room W |
| IS0001428599 | Bank records / corp docs | Room X |
| IS0001428600 | Tax records | Room X |
| IS0001428601 | Misc records | Room Y |



United States Postal Inspection Service

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: | **11/28/2018** | |
| IS0001428602 | Hasler WJ Pro | Room N |
| IS0001428603 | Bank records | Room X |
| IS0001428604 | Bank records | |
| IS0001428605 | Checkbooks / bank records | |
| IS0001428606 | Tax docs / account info /USPS records | Room W |
| IS0001428607 | postal forms / bank records | |
| IS0001428608 | thumb drive | Room X |
| IS0001428609 | Job records | Room O - Warehouse |
| IS0001428610 | Job jackets | Room O - Warehouse |
| IS0001428666 | Job orders | Room O - Warehouse |



**United States Postal Inspection Service**

Restricted Information

**Property Evidence Acquisition Program (PEAP)**

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: | **11/28/2018** | |
| IS0001428667 | Job orders | Job Orders |
| IS0001428668 | Job orders | Room O - Warehouse |
| IS0001428669 | Job orders | Room O - Warehouse |
| IS0001428670 | Job orders | Room O - Warehouse |
| IS0001428671 | Job orders | Room O - Warehouse |
| IS0001428672 | Job orders | Room O - Warehouse |
| IS0001428673 | Job orders | Room O - Warehouse |
| IS0001428674 | Job orders | Room O - Warehouse |
| IS0001428675 | Job orders | Room O - Warehouse |
| IS0001428676 | Job orders | Room O - Warehouse |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
| --- | --- | --- |
| Acquisition Date: | **11/28/2018** | |
| IS0001428677 | Job orders | Room O - Warehouse |
| IS0001428678 | Job orders | Room O - Warehouse |
| IS0001428679 | Job orders | Room O - Warehouse |
| IS0001428680 | Job orders | Room O - Warehouse |
| IS0001428681 | Job orders | Room O - Warehouse |
| IS0001428682 | Job orders | Room O - Warehouse |
| IS0001428683 | Job orders | Room O - Warehouse |
| IS0001428684 | Job orders | Room O - Warehouse |
| IS0001428685 | Vendor Files | Room M |
| IS0001428686 | Vendor Files | Room M |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: | **11/28/2018** | |
| IS0001428687 | Payment checks / e-deposits | Room M |
| IS0001428688 | Job orders | Room M |
| IS0001428689 | Job orders | Room M |
| IS0001428690 | Invoices | Room M |
| IS0001428691 | Records including deposit into permit records, payments to vendors, bank records | Room M |
| IS0001428692 | Postal permit records, accounting records, job orders | Room O - Warehouse |
| IS0001428693 | Job orders | Room M |
| IS0001428694 | Bank records / Pitney Bowes / Logan records | Room M |
| IS0001428695 | Lenovo sn ES1Z068531 / dell 1kl3v6z - images | Room M |
| IS0001428696 | mailing invoices, job orders | |



United States Postal Inspection Service

Property Evidence Acquisition Program (PEAP)

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: | **11/28/2018** | |
| IS0001428697 | Mercedes records / bank records | |
| IS0001428698 | Images of Lenovo SN ES1z077806 Dell 88sz7v1 dell 5xybby1 | Room B and H |
| IS0001428699 | image of Lenovo sn ES1z077816 | Room G |
| IS0001428700 | image of Compaq sn CNQ7210Cj4 | Room D |
| IS0001428701 | HP computer / SN: 4C14460G97 | Room O– Rear office |
| IS0001428702 | image of Lenovo sn ES 12068475 | Room C |
| IS0001428703 | Images of Lenovo desktop sn ES12068270 Gateway desktop SN 20502324296 HP laptop SN CNF1029P3K | Room X and W |
| IS0001428704 | Forensic image of Dell desktop SN H4BYGX1 Lenovo Desktop SN ES12068263 | |
| IS0001428705 | Apple IMAC S/N C0ZML0ZTF8J4 | Room S |
| IS0001428706 | Partial image of IMAC SN CO2ML02TF8J4 | Room S |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | Recovered Location |
|---|---|---|
| Acquisition Date: | **11/28/2018** | |
| IS0001428707 | Copy of Mike Mussari's PC - hard disc drive | Room S |
| IS0001428708 | Copy of file server 2 of 2 - hard disk drive | Room S |
| IS0001428709 | Copy of file server 1 of 2 hard disc | Room S |
| IS0001428710 | forensic images no sn | Room U |
| IS0001428711 | image of Lenovo sn 50930043255190 | Room V |
| IS0001428712 | Forensic image of HP SN MXU2240479 | Room H |
| IS0001428713 | Western Digital Passport S/N WXK1E55107JY | Room S |
| IS0001428714 | External silver hard drive | Room S |
| IS0001428715 | USB Flash drive | Room S |
| IS0001428716 | 8 out of service hard drives | |



**United States Postal Inspection Service**

**Property Evidence Acquisition Program (PEAP)**

Restricted Information

Requestor: USPIS\KLShen

Report Name: **Search Warrant Inventory for Case  2382588-RI**

| | |
|---|---|
| Subject Name: | **Premier** |
| Subject Address: | **14522, 24, 26 Garfield Ave, Paramount, CA** |
| Inspector: | **KELLY L SHEN** |
| Case Number: | **2382588-RI** |

| Bar Code Number | Description: | | Recovered Location |
|---|---|---|---|
| Acquisition Date: | **11/28/2018** | | |
| IS0001429492 | Job orders | | Room O - Warehouse |

**Total Evidence: 191**